

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-15-00632-CV

The **STATE** of Texas,
Appellant

v.

Milton E. **TAYLOR**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15148A
Honorable N. Keith Williams, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

In accordance with this court's opinion of this date, the State of Texas's petition for writ of mandamus is DENIED.

It is so **ORDERED** on June 15, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle, Clerk